**Earl L. THORTON, Jr., Plaintiff—Appellant,**

v.

**Donnie HARRISON, Wake County Sheriff, officially; Frank Gunter, Jail Administrator, officially and individually; John Doe # 1, officially and individually; John Doe # 2, officially and individually, Defendants—Appellees.**

No. 09–1944.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 18, 2010.

Decided: Feb. 23, 2010.

Earl L. Thorton, Jr., Appellant Pro Se. John Albert Maxfield, County Attorney's Office for the County Of Wake, Raleigh, North Carolina, for Appellees.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Earl L. Thornton, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thorton v. Harrison,* No. 5:08–cv–00043–F (E.D.N.C. July 31, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*